UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFSME COUNCIL 25,
and its Affiliated Locals,

    Plaintiff,

v.

CHARTER COUNTY OF
WAYNE *et al.*

    Defendants.

Case No. 15-cv-13288
Hon. Matthew F. Leitman

_____/

## ORDER DENYING TEMPORARY RESTRAINING ORDER AND SETTING SCHEDULE FOR RESOLVING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (ECF #2)

Plaintiff has filed a motion for a temporary restraining order and/or preliminary injunction (the "Motion"). (*See* ECF #2.) On September 17, 2015, this Court held an on-the-record telephone conference with all counsel to discuss Plaintiff's request for a temporary restraining order and the schedule for resolving Plaintiff's request for a preliminary injunction. For the reasons stated on the record during the status conference, **IT IS HEREBY ORDERED** that Plaintiff's request for a temporary restraining order is **DENIED**.

**IT IS FURTHER ORDERED** that the following schedule shall apply to Plaintiff's request for a preliminary injunction:

| Event | Due Date |
|---|---|
| Defendants' Response Brief | 5:00 p.m. on September 23, 2015 |
| Plaintiff's Reply Brief | 5:00 p.m. on September 25, 2015 |
| Preliminary Injunction Hearing | 9:30 a.m. on September 28, 2015 |

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 18, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 18, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113
