UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFSCME COUNCIL 25,
and its Affiliated Locals,

    Plaintiff,

v.

CHARTER COUNTY OF
WAYNE *et al.*

    Defendants.
_____/

Case No. 15-cv-13288
Hon. Matthew F. Leitman

## **ORDER OF RECUSAL**

On September 16, 2015, Plaintiff AFSCME Council 25, and its affiliated locals ("AFSCME") filed this action against Defendants Charter County of Wayne and Warren Evans (collectively "Defendants"). (*See* ECF #1.) AFSCME filed a motion for a temporary restraining order and/or a preliminary injunction on September 17, 2015. (*See* ECF #2.) I thereafter held an on-the-record telephonic status conference with the parties at which time I learned that the law firm of Miller, Canfield, Paddock, and Stone P.L.C. ("Miller Canfield") had previously represented the Defendants in a related state-court action brought by AFSCME and could potentially play a role in this action on Defendants' behalf.

1

On September 18, 2015, Defendants informed me that while Miller Canfield will not be filing a formal appearance in this action, Miller Canfield will play some role in their defense. Given my previous relationship with Miller Canfield and the Defendants' disclosure that Miller Canfield will play some role in their defense moving forward, I believe it is appropriate to recuse myself.

Accordingly, pursuant to 28 U.S.C. §455, I recuse myself from presiding over this action.

**IT IS SO ORDERED**.

Dated: September 21, 2015

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 21, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113